

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case:2:23-cr-20037<br>Judge: Borman, Paul D.<br>MJ: Stafford, Elizabeth A.<br>Filed: 01-18-2023 At 01:15 PM<br>INDI USA V HASSAN YEHIA CHOKR (LG) |
| v. | |
| HASSAN YEHIA CHOKR,<br><br>Defendant._____/ | Violations:<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(a)(6) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
*18 U.S.C. § 922(g)(1)*
*Felon in Possession of a Firearm*

On or about December 2, 2022, in the Eastern District of Michigan, the defendant, **HASSAN YEHIA CHOKR**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is: (1) a Glock, model 19 gen4, 9mm semi-automatic pistol; (2) a Del-ton, model DTI15, 5.56x45 Nato rifle; (3) a Landor Arms, model BPX902, 12-gauge semi-automatic shotgun, in violation of Title 18, United States Code, Section 922(g)(1).

## **COUNT TWO**
*18 U.S.C. § 922(a)(6)*
*False Statement during the Attempted Acquisition of a Firearm*

On or about December 2, 2022, in the Eastern District of Michigan, the defendant, **HASSAN YEHIA CHOKR**, in connection with the attempted acquisition of a firearm, that is: (1) a Glock, model 19 gen4, 9mm semi-automatic pistol; (2) a Del-ton, model DTI15, 5.56x45 Nato rifle; and (3) a Landor Arms, model BPX902, 12-gauge semi-automatic shotgun, from Dearborn Outdoors, a licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Dearborn Outdoors, which statement was intended and likely to deceive Dearborn Outdoors, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant, by indicating on the Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 (Firearms Transaction Record) that he was not under information in any court for a felony, had never been convicted in any court of a felony, and had never been committed to a mental institution, all in violation of Title 18, United States Code, Section 922(a)(6).

*(signatures on following page)*

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/David A. Gardey*
DAVID A. GARDEY
Chief, Public Corruption and Civil Rights Unit

*s/Frances Lee Carlson*
FRANCES LEE CARLSON
Assistant United States Attorney

Dated:  January 18, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:23-cr-20037<br>Judge: Borman, Paul D.<br>MJ: Stafford, Elizabeth A.<br>Filed: 01-18-2023 At 01:15 PM<br>INDI USA V HASSAN YEHIA CHOKR (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comple

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: *flc* |

**Case Title:** USA v. Hassan Yehia Chokr

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____ Indictment/ ____ Information --- **no prior complaint.**
 ✓  Indictment/ ____ Information --- **based upon prior complaint** [Case number: 22-mj-30527]
____ Indictment/ ____ Information --- **based upon LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

January 18, 2023
Date

*[signature: FSLL]*

Frances Lee Carlson
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9696
E-Mail address: frances.carlson@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.