CR No: 220076354



# DEARBORN PD
16099 MICHIGAN AVE.
DEARBORN MI 48126
313 943-2241

## Case Report

### Administrative Details:

| CR No | Subject |
|---|---|
| 220076354 | C3250 - Mental Health Call |
| Report Date/Time | Occurrence Date/Time |
| 12/02/2022 13:44 | 12/02/2022 13:44 |
| Location | Call Source |
| 15101 CENTURY DR | FOP |
| Dispatched Offense | Verified Offense |
| C3250 Mental Health Call | C3250 Mental Health Call |
| County | City/Twp/Village |
| 82 - Wayne | 95 - Dearborn |
| Division | |
| Patrol | |

### Action Requested:

| [ ] Arrest warrant | [ ] Review only |
|---|---|
| [ ] Search warrant | [ ] Forfeiture |
| [ ] Juvenile petition | [ ] Other |

CR No: 220076354

## Offenses:

### C3250 - Mental Health Call   [DBLACEYD (00528)]

| IBR Code / IBR Group | Offense File Class | |
|---|---|---|
| / | | |
| Crime Against | Location Type | Offense Completed |
| | 55 - Shopping Mall | Not Applicable |
| Domestic Violence | Hate/Bias | |
| No | 00 - None (No Bias) | |
| Using | | Cargo Theft |
| A-Alcohol: No   C-Computer Equipment: No   D-Drugs/Narcotics: No | | |

## People:

### CHOKR, HASSAN YEHIA (S-SUSPECT)   [DBLACEYD (00528)]

| Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|
| CHOKR | HASSAN | YEHIA | | |
| Aliases | Driver License# | DL State | DL Country | Personal ID# |
| | | | | |
| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
| 1987 (35) | M | WHITE | Arab | | | |
| Complexion | Build | Teeth | Height | Weight | Attire | |
| | | | 6' 0" | 180 | | |
| Street Address | Apt # | County | Country | Home Phone | Work Phone |
| | | | | UNKNOWN | |
| City | State | Zip | Cell Phone | Email | |
| | | | UNKNOWN | | |

### [DBLACEYD (00528)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | | | | | |
| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
| | | UNKNOWN | | | | |

#### Phone/Email

| Type | Description |
|---|---|
| | |

## Property:

### 3704 - BB, Pellet Or Gas-Powered Gun 5480   [DBBOETTGERM (00573)]

| Property Class | IBR Type | UCR Type | | |
|---|---|---|---|---|
| 80 | 80 - Weapons Other | G - Firearms | | |
| Status | | | Count | Value |
| E - Evidence (Including Other Seized Property And Tools) | | | 1 | 1 |
| Manufacturer | Model | Serial No. | License No. | Color |
| BENJAMIN | IRONHEAD | | | BLK - Black |
| Vehicle Year | Body Style | | State | License Year |
| Description | | Disposition | Evidence Tag | |
| BLACK BENJAMIN IRONHEAD BB GUN | | | 220076354.001 | |
| Recovered Date/Time | Location | Owner | | |
| | | D. | | |

### 2410 - Key 5488   [DBBOETTGERM (00573)]

| Property Class | IBR Type | UCR Type |
|---|---|---|
| | | |

| 88 | 77 - Other | K - Miscellaneous | | |
|---|---|---|---|---|
| Status | | | Count | Value |
| E - Evidence (Including Other Seized Property And Tools) | | | 1 | 1 |
| Description | | Disposition | Evidence Tag | |
| 2 gold keys to pad lock on rear door | | | 220076354.002 | |
| Recovered Date/Time | Location | Owner | | |
| | | 0, | | |

### 1398 - Recording - Other 5427   [DBBOETTGERM (00573)]

| Property Class | IBR Type | UCR Type | | |
|---|---|---|---|---|
| 27 | 27 - Recordings-Audio/Visual | F - TV's, Radios, Stereos, Etc... | | |
| Status | | | Count | Value |
| E - Evidence (Including Other Seized Property And Tools) | | | 1 | 1 |
| Description | | Disposition | Evidence Tag | |
| SD CARD #573 | | | | |
| Recovered Date/Time | Location | Owner | | |
| | | 0, | | |

### 3711 - Handgun 5413   [DBLACEYD (00528)]

| Property Class | IBR Type | UCR Type | | |
|---|---|---|---|---|
| 13 | 13 - Firearms | G - Firearms | | |
| Status | | | Count | Value |
| I - Information Only | | | 1 | 1 |
| Description | | Disposition | Evidence Tag | |
| glock 19 9mm | | | | |
| Recovered Date/Time | Location | Owner | | |
| | | 0, | | |

### 3716 - Rifle 5413   [DBLACEYD (00528)]

| Property Class | IBR Type | UCR Type | | |
|---|---|---|---|---|
| 13 | 13 - Firearms | G - Firearms | | |
| Status | | | Count | Value |
| I - Information Only | | | 2 | 1 |
| Description | | Disposition | Evidence Tag | |
| AR15 and Shotgun | | | | |
| Recovered Date/Time | Location | Owner | | |
| | | 0, | | |

### Narrative:

**CR No: 220076354-001**   Written By: DBLACEYD (00528)   Date: 12/02/2022 02:00 PM

Mental/Suspicious Person

Mental/Suspicious:

Hassan Chokr

Attempted Purchases:

1-Glock 19, 9mm semi-auto handgun

1-AR15, 5.56mm, semi-auto rifle

1-shotgun, 12 gauge

███████ reported that a known mental subject with violent tendencies had just attempted to purchase the listed firearms. ███ identified Hassen Chokr as the suspicious mental subject (locally known to him).

███ stated that Chokr entered the store, looking at serval guns including an AK47 and an AR15. He picked out an AR15, a Glock 19 and a shotgun. Chokr stated that he would use the weapons for "God's wrath".

███ checked Chork's ID and completed/signed background check form. Chokr failed the background check and was not sold any firearms. Chokr became irate yelling that he would "tunnel through the drywall and get his guns".

Chain of command notified. Officers were currently looking for Chork for an unrelated issue stemming from West Bloomfield Twp PD.

---

CR No: 220076354-002   Written By: DBBOETTGERM (00573)   Date: 12/02/2022 05:33 PM

### BOETTGER #573

FOLLOW UP

REPORT:

Intern F. Elzein advised officers of videos that Hassan Chokr had posted on his Instagram page (freedomfighterhassan) regarding statements about getting an Ouzzie after being denied the purchase of guns earlier in the day. F. Elzein sent me 2 screen shots of the statements he made on his Instagram story. Both screenshots were added to the report. F. Elzein also had recorded a video that Chokr posted on his Instagram regarding him making statements about his rights being denied and ripping people apart limb by limb. Due to the size of the video, Elzein was unable to send it to me. Sgt. Leveille aware of the posts.

---

CR No: 220076354-003   Written By: DBBOETTGERM (00573)   Date: 12/03/2022 06:44 PM

### BOETTGER #573

ET REPORT

EVIDENCE:

BENJAMIN IRONHEAD BB GUN     .001
SD CARD #573

REPORT:

I responded to 10800 S Morrow Cir to process the scene of a search warrant that was being conducted by the DB. I photographed the outside of the residence along with the front and rear door which had damage due to forcing entry. Once inside, I photographed it the inside of the residence on the main floor. In the front living room, the above listed BB gun was located leaning up against the couch. I photographed same and logged it into evidence once back at the station. I photographed Chokr's ID which was located inside of the residence along with the left behind tabulation of the completed search warrant. Belfor responded and secured the home. The keys to the lock were logged into evidence and placed in the evidence lockers. SD Card #573 was logged into evidence and placed in the crime lab film drop box at the end of my shift.

| Attachments | | | | | |
|---|---|---|---|---|---|
| File Name | File Type | Comments | Date | By | Role |
| Attachments Included In This Report: | | | | | |
| download.jpg | jpeg | SCREEN SHOT 1 HASSAN CHOKR | 12/02/2022 05:14 PM | BOETTGER, MICHELLE | POLICEOFFICER |
| IMG_3577.jpg | jpeg | SCREEN SHOT 2 HASSAN CHOKR | 12/02/2022 05:15 PM | BOETTGER, MICHELLE | POLICEOFFICER |

Attachment File : SCREEN SHOT 1 HASSAN CHOKR



Attachment File : SCREEN SHOT 2 HASSAN CHOKR

